PER CURIAM.
Affirmed. See and compare Connell v. Guardianship of Connell, 476 So.2d 1381 (Fla. 1st DCA 1985); Hampton v. State 386 So.2d 587 (Fla. 3d DCA 1980); Poirier v. Division of Health, Department of Health and Rehabilitative Services, 351 So.2d 50 (Fla. 1st DCA 1977); Metropolitan Dade County v. Mingo, 339 So.2d 302 (Fla. 3d DCA 1976); Ballard v. State, 323 So.2d 297 (Fla. 3d DCA 1975); Green v. Hood, 120 So.2d 223 (Fla. 2d DCA 1960).